# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Tamara M Dervin

                                      Plaintiff,

v.                                                                 Case No.: 1:21−cv−04215
                                                                    Honorable Charles P. Kocoras

Nature's Bounty, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 5, 2022:

       MINUTE entry before the Honorable Charles P. Kocoras: Defendants' Motion to Dismiss Amended Complaint and Agreed Statement Regarding Briefing [40] is entered. Per the parties' agreement, the Court will rule on the Motion based on the parties' previous Motion to Dismiss briefing [32], [33], [35], [36]. Mailed notice(vcf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.